DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. FOUNTAIN

No. 107 PC.

Case below: 13 N.C. App. 107.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 February 1972.

STATE v. FOWLER

No. 108 PC.

Case below: 13 N.C. App. 116.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 February 1972.

STATE v. GREENE

No. 12.

Case below: 12 N.C. App. 687.

Motion of Attorney General to dismiss appeal for lack of a substantial constitutional question allowed 28 January 1972.

STATE v. HOLT

No. 1 PC.

Case below: 13 N.C. App. 339.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 February 1972.

STATE v. JORDAN

No. 91 PC.

Case below: 13 N.C. App. 254.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 January 1972.